**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **CRIMINAL NO.** |
| § | |
|  § | |
| § | |
| **HERIBERTO PEREZ-OJEDA** § | |
| a.k.a. "EDDIE" § | **UNDER SEAL** |
| § | |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**Conspiracy to Possess with the Intent to Distribute a Controlled Substance**

From on or about July 30, 2019, to on or about October 5, 2019, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,



**HERIBERTO PEREZ-OJEDA a.k.a. "EDDIE"**,

**and**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance.

1

The overall scope of the conspiracy involved 500 grams or more of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).

## COUNT TWO
### Possession with Intent to Distribute a Controlled Substance

On or about October 5, 2019, in the Southern District of Texas, Defendants

**HERIBERTO PEREZ-OJEDA a.k.a. "EDDIE"**,

aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE
### Possession with Intent to Distribute a Controlled Substance

On or about August 17, 2019, in the Southern District of Texas, Defendants



**HERIBERTO PEREZ-OJEDA a.k.a. "EDDIE"**,

aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This

violation involved 500 grams or more of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## Notice of Criminal Forfeiture

1. Pursuant to Title 21, United States Code, Section 853, the United States gives notice to defendants:



**HERIBERTO PEREZ-OJEDA a.k.a. "EDDIE",**

that, in the event of conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, the following is subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

(2) all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

## Property Subject to Forfeiture

2. Defendants are further notified that the property subject to forfeiture includes, but is not limited to, $19,170 in US Currency seized by law enforcement.

## Money Judgment

3. Defendants are notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

**Substitute Assets**

4. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

**A TRUE BILL**

_____
**FOREPERSON OF THE GRAND JURY**

**RYAN K. PATRICK**
**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF TEXAS**

By:

_____
Jason Corley
Assistant United States Attorney
Southern District of Texas

4